

# PRISONER CASE

R

**UNITED STATES DIS**
**NORTHERN DISTRIC**

08cv2107
JUDGE DARRAH
MAG. JUDGE SCHENKIER

## Civil Cover Sheet

**Plaintiff(s):** TIMOTHY FOUNTAIN

**Defendant(s):** TOM DART, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Timothy Fountain
#2006-0066190
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

**FILED**
JN APR 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
APR 1 4 2008

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** A. E. Woodham   **Date:** 04/14/2008
Darrah   07C4695
Schenkier