IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHN

Timothy Fountain

v.

Sheriff Tom Dart
Lieutenant Page
Sergeant Helms
Officer Keyhoe
Officer Malloy
Officer Mueller

CASE # 08C2107
Judge John W. Darrah
Magistrate Judge Schenkier

FILED
MAY 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion For Appointment Of Counsel

Pursuant to 28 U.S.C § 1915(e)(1) Plaintiff moves for an order appointing counsel to represent him in this case.

1). Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2). Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex; and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law. (A)

3). A trial in this case will likely involve conflicting testimony, and the counsel would better enable plaintiff to present evidence and cross examine witness.

4) Plaintiff has made repeated efforts to obtain a lawyer.

Wherefore, plaintiffs request that the court a member of the bar, as counsel in this case.

Date: 4-28-08    Signature: Timothy Fountain