EXHIBIT A

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

# FILED

MAY 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TIMOTHY FOUNTAIN

CASE# 08C2107

V.

Judge JOHN W DARRAH

MAGISTRATE Judge SCHENKIER

TOM DART ETC AL

## Declaration

EACH OF THESE PRE-TRIAL DETAINEES WERE MOVED TO DIFFERENT PARTS OF THE JAIL, HOWEVER THEY WOULD TESTIFY TO THE FOLLOWING FACT: STEVE WATSON 20060039773, TONY SERRANO 20070047772, EDGAR PERKINS 20060073076, MICHAEL TORRENCE 20080012139, LAMMAR STEPHENS DIVISION 10 2A WOULD TESTIFY WHILE HOUSED AT THE COOK COUNTY JAIL DIVISION 10 2A ON 3-4-08 pm HOURS WHILE MR FOUNTAIN WAS LAYING ON HIS STOMACH AND HIS HANDS WERE HAND CUFFED BEHIND HIS BACK BEING REPEATEDLY BEATING WITH A CLOSE FIST BY OFFICER KEY HOE, OFFICER MUELLER, OFFICER MALLOY ALSO SERGEANT HELMS HIT DETAINEE FOUNTAIN WITH A RADIO ABOUT 3 TIMES, WHILE FOUNTAIN BEGGED FOR OFFICERS TO STOP BEATING HIM, LIEUTENANT PAGE THE SUPERVISING OFFICIAL DO NOTHING TO STOP HIS OFFICERS, FROM BEATING PRETRIAL DETAINEE FOUNTAIN EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

DATE: 4-28-08    Name: Timothy Fountain

Exhibit B

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

TIMOTHY FOUNTAIN

vs.

CASE # 08C2107
JUDGE JOHN W DARRAH
MAGISTRATE JUDGE SCHENKIER

TOM DART SHERRIF (DIVISION 10)
LIEUTENANT PAGE (DIVISION 10)
SERGEANT HELMS (DIVISION 10)
OFFICER KEYHOE (DIVISION 10)
OFFICER MALLOY (DIVISION 10)
OFFICER MUELLER (DIVISION 10)

DECLARATION

I, TIMOTHY FOUNTAIN, WHILE HOUSED AT THE COOK COUNTY JAIL, DIVISION 10 TIER 2A, ON 3-04-08 PM HOURS WITNESSED MR. FOUNTAIN WAS LAYING ON HIS STOMACH AND HIS HANDS WERE HANDCUFFED BEHIND HIS BACK BEING REPEATEDLY BEATING WITH A CLOSE FIST BY OFFICER KEYHOE, OFFICER MUELLER, OFFICER MALLOY AND SERGEANT HELMS HIT DETAINEE FOUNTAIN WITH A RADIO ABOUT 3 TIMES. WHILE DETAINEE FOUNTAIN BEGGED FOR OFFICERS TO STOP BEATING HIM, LIEUTENANT PAGE THE SUPERVISING OFFICIAL DID NOTHING TO STOP HIS OFFICERS FROM BEATING PRETRIAL DETAINEE FOUNTAIN. EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. DATE 4-28-08   NAME Timothy Fountain

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

TIMOTHY FOUNTAIN

VS.

TOM DART SHERRIF (DIVISION 10)
LIEUTENANT PAGE (DIVISION 10)
SERGEANT HELMS (DIVISION 10)
OFFICER KEYHOE (DIVISION 10)
OFFICER MALLOY (DIVISION 10)
OFFICER MUELLER (DIVISION 10)

Case #08C 2107
Judge John W Darrah
Magistrate Judge Schenkier

DECLARATION

I, Tremaine Johnson 20060064154, WHILE HOUSED AT THE COOK COUNTY JAIL, DIVISION 10 TEER 2A, ON 3-04-08 pm HOURS WITNESSED MR. FOUNTAIN WAS LAYING ON HIS STOMACH AND HIS HANDS WERE HANDCUFFED BEHIND HIS back being REPEATEDLY bEATINg WITH A CLOSE FIST BY OFFICER KEYHOE, OFFICER MUELLER, OFFICER MALLOY and SERGEAT HELMS HIT DETAINEE FOUNTAIN WITH A RADIO about 3 TIMES. WHILE DETAINEE FOUNTAIN BEGGED FOR OFFICERS TO STOP BEATING HIM, LIEUTENANT PAGE THE SUPERVISING OFFICIAL DID NOTHING TO STOP HIS OFFICERS FROM beATING PRETRIAL DETAINEE FOUNTAIN: EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW:

I declare under penaly of perjury THAT THE FOREGOING IS TRUE AND CORRECT: DATE 4-28-08 NAME Tremaine Johnson