UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

APR 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 1 4 2008

TIMOTHY FOUNTAIN

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SHERIFF TOM DART
LIEUTENANT PAGE  Division 10
SERGEANT HELMS  Division 10
OFFICER KEY HOE  Division 10
OFFICER MALLOY  Division 10
OFFICER MUELLER #8388

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08cv2107
JUDGE DARRAH
MAG. JUDGE SCHENKIER

Ca_____
(To _____ Clerk of this Court)

**FILED**
**MAY 12, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

RP

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.  Name: _____

    B.  List all aliases: _____

    C.  Prisoner identification number: _____

    D.  Place of present confinement: _____

    E.  Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.  Defendant: **Tom Dart**

        Title: **Sheriff**

        Place of Employment: **Cook County Jail**

    B.  Defendant: **Page**

        Title: **Lieutenant (Division 10)**

        Place of Employment: **Cook County Jail**

    C.  Defendant: **Keyhof**

        Title: **Officer (Division 10)**

        Place of Employment: **Cook County Jail**

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

DEFENDANT... MALLOY

TITLE... OFFICER

PLACE OF EMPLOYMENT... COOK COUNTY JAIL (Division 10)


DEFENDANT... MUELLER #8388

TITLE... OFFICER..

PLACE OF EMPLOYMENT... COOK COUNTY JAIL (Division 10)


DEFENDANT... HELMS

TITLE....SERGEANT

PLACE OF EMPLOYMENT.... COOK COUNTY JAIL (Division 10)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: TIMOTHY FOUNTAIN (VS) TOM DART ET AL. #07C4695

B. Approximate date of filing lawsuit: AUGUST 20, 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: TOM DART, SALAZAR, SMITH #153, CRUZ #874, BAKE #8100

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

F. Name of judge to whom case was assigned: JUDGE JOHN W. DARRAH MAGISTRATE JUDGE SCHENKIER

G. Basic claim made: CRUEL AND UNUSUAL PUNISHMENT AND EXCESSIVE FORCE BY COUNTY OFFICERS OR OFFICIALS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING

I. Approximate date of disposition: NOT KNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) On 3-4-08 while housed in Cook County Jail Division 10 Tier 2A, in which is a Medical Dorm, I'm on 10mg of Coumadin for Blood clots in my body. A fight broke out between Detainee Fountain and Detainee Stephens. At that point officers were called and requested the two detainees to get on floor, both complied, guards began to over react to the situation:

2) Once on the floor Officer Malloy put his knee on my neck, after already been hand cuffed behind the back began to yell "mother fucker be still". However I'm a asthmatic patient and I couldn't breath, at that point he, Officer Malloy, struck me in the face with a close fist about 2 to 3 times; defendant acted under the color of state law.

3) Officer Mueller began to follow suit by punching me in the head and face about 3 to 4 times yelling "Be the fuck still" but I couldn't breath and my hands were cuffed. Defendant acted under the color of state law.

4

④ Officer Key Moe was the most aggressive of everyone. He just repeatedly punched me in the face about 8 to 9 times until both of my eyes were swollen shut. Defendant acted under the color of State Law.

⑤ I asked Sergeant Helms why did he allow his officers to beat me, and he became very furious and hit me in the head 2 times with his radio. Stating "Shut the fuck up". Defendant acted under color of State Law.

⑥ Lieutenant Page was the supervisor above everyone and refuse to stop his officers from beating me, he stated "Stop crying like a little bitch", "Take this punk to get medical attention". Defendant acted under color of State Law.

⑦. Tom Dart is legally responsible for the operation of the Cook County Jail, and for the welfare of all the detainees and is grossly negligent in managing the people he suppose to supervise and the people they suppose to supervise, and failing to react to a wide spread of health and safety problems at the Cook County Jail. Defendant acted under the color of State Law.

Revised 9/2007

8) This whole situation was caught on a hand held camcorder with about 5 witnesses.

9) I was taken to Cermak Hospital in the jail, x-rays was taken, from there I was taken to John Stroger Hospital to the Trauma Center where x-rays was done again, and 3-5-08 my criminal lawyer came to hospital to take pictures to show courts how badly I was beaten by officers.

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages In The amount of $100,000.— against each defendant Jointly and Severally for physical injury, pain and suffering. Punitive Damages In The amount of $100,000.— against each defendant for their evil intent for hurting me on purpose. Any additional Relief This Court deems just Proper and equitable.

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_Timothy Fountain_
(Signature of plaintiff or plaintiffs)

TIMOTHY FOUNTAIN
(Print name)

#200 600 66190
(I.D. Number)

2600 S. California
Chicago IL 60608
(Address)

6

Revised 9/2007

Division 1-2-05

Part-A / Control # 2008 X 0463
Referred To: I.A.D
☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Fountains    First Name: Timothy

ID #: _____    Div.: 1    Living Unit: ___    Date: 3/1/08

BRIEF SUMMARY OF THE COMPLAINT: _(handwritten, largely illegible)_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: _(illegible)_

ACTION THAT YOU ARE REQUESTING: _(illegible)_

DETAINEE SIGNATURE: Timothy Fountains

C.R.W.'S SIGNATURE: _(signature)_    DATE C.R.W. RECEIVED: 03/12/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2008 X 046

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Fountain  **First Name:** Timothy  **ID#** 2006-0066190

**Is This Grievance An Emergency?**  YES ☐   NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges physical abuse by officer.

**C.R.W. Referred Griev. To:** I.A.D  **Date Referred:** 03/12/08

**Response Statement:** IAD inquiry showed detainees were separated and taken for medical attention. Our inquiry shows officers didn't violate any general orders. No IAD case file warranted. Should reject or file.

_(print- name of individual responding to this griev.)_ — _(signature of individual responding to this griev.)_  **Date:** 3/2/08  **Div./Dept.** I.A

_(print- name of Supt. / Designee / Dept. Admin.)_ — _(signature of Supt. / Designee / Dept. Admin.)_  **Date:** 1/April/08  **Div./Dept.** 10

J. Mueller _(print - name of Prog. Serv. Admin./ Asst. Admin.)_ — _(signature of Prog. Serv. Admin./ Asst. Admin.)_  **Date:** 3/31/08

**Date Detainee Received Response:** 4/1/08  **Detainee Signature:** Timothy Fountain

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** 4/1/08

**Detainee's Basis For An Appeal:** I would like to press charges on officers that repeatedly punched me in my face for no reason at all.

**Appeal Board's Acceptance Of Detainee's Request:**  YES ☐   NO ☒

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:** Original response to stand

**Appeal Board's Signatures / Dates:** _[signature]_ 4/1/08  _[signature]_ 4/1/08

**Date Detainee Rec.'d the Appl. Bd. Response:** 4/3/08  **Detainee Signature:** _[signature]_

**GRIEVANCE CODE(S):** ( ____ ) ( ____ ) ( ____ ) ( ____ )

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)