**FILED**

JUL 1 4 2008
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

EXHIBIT D

TIMOTHY FOUNTAIN      CASE: 08C2107

V

LIEUTENANT PAGE ET AL        EXHIBITS

CK PtNm- FOUNTAIN, TIMOTHY
DOB- 03/16/1971 Age- 38Y FC -Uncompensated 03/06/2008
A# 40211657531 SHCC Trauma  MR#004448019c

ATTENTION Honorable COURTS
I TIMOTHY FOUNTAIN WANTED
TO SHOW COURTS THE MEDICAL BAND
WITH MR# IN CASE MEDICAL FILES
CAME UP MISSING AGAIN,

I declare under penalty of perjury
THAT FOREGOING IS TRUE AND CORRECT

20060066A0

Timothy Fountain

EXHIBIT B

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **FOUNTAIN**  First Name: **TIMOTHY**

ID #: **2006-0066190**  Div.: **10**  Living Unit: **2**  Date: **4/22/08**

BRIEF SUMMARY OF THE COMPLAINT: On 3-4-08 I was jumped by both inmate and then officers I would like to know why wasn't I allowed to press charges on either one of them. I've asked several white shirts but I haven't yet talked to any one about this situation. Why? Or why isn't that inmate punished

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
1st shift white shirts, 2nd shift white shirts

ACTION THAT YOU ARE REQUESTING: I want to press charges on both officers and inmate.

DETAINEE SIGNATURE: *Timothy Fountain*

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: **05/08/08**

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART-C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*Please note: When processed as a request, PART – B is not applicable.*

**Detainee's Last Name:** Faith    **First Name:** Tommy

**ID#:** 2006-06610   **Div:** 10   **Tier/Living Unit:** D3

**Date of Request:** 01/22/08   **Date C.R.W. Received Request:** 02/08/08

**This Request has been processed by:** Hurtes   **C.R.W.**

**Summary of Request:**

Detainee is without money off...

**Response and/or Action Taken:**

Detainee has been told he will copy...

J. Hurtes    —   (signature)    **Date:** 02/08/08   **Div./Dept.** 10
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )

Part-A / Control #: 2008 X 0463

Referred To: I.A.D

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Fountain   First Name: Timothy

ID #: 2006 - 0066190   Div.: 10   Living Unit: 2D   Date: 3/7/08

BRIEF SUMMARY OF THE COMPLAINT: On 3-4-08 while housed on 2D Div 10 there was a confrontation between Detainee Fountain & Detainee Stephen officer were called, but failed to enter dorm until 5 min later, Th cheered on in the interlock, Finally they entered, Requesting everyone to lay on floor, at that time Sergeant Helms, officer Malloy, officer Keyhoe, Restrained Detainee Fountain, I have asthma, so Mueller had his knee on my neck, I ask Sgt Helms could he please ask officer to get off my neck I can't breath, officer Keyho begin to punch me in my eye causing it to swell badly while Malloy joined in to help all this was happening while my hands were cuffed. While taken me to received medical help Sgt Helms told me to shut the fuck up then hit me with Radio in my head.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Lt Tucker, Medical Staff, video if the haven't changed it.

ACTION THAT YOU ARE REQUESTING: Officers be punished, Lawsuit Filed, Investigation done. Pictures was also taken!

DETAINEE SIGNATURE: Timothy Fountain

C.R.W.'S SIGNATURE: [signature]   DATE C.R.W. RECEIVED: 03/12/08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part B / Control #: 2008 X 0465

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: Fountain   First Name: Timothy   ID#: 2006-0066190

Is This Grievance An **Emergency**?   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges physical abuse by officer.

C.R.W. Referred Griev. To: I.A.D.   Date Referred: 03/12/08

Response Statement: IAD inquiries showed detainees were seperated, and taken for medical attention. Our inquiry shows officers didn't violate any General orders. No IAD case file warranted. Incident Report on file.

Dr. Miriam Reutus — Dr. Z. R?   Date: 3/28/08   Div./Dept. FAD
(print - name of individual responding to this griev.)   (signature of individual responding to this griev.)

Capt. Mazurek   [signature]   Date: 1 April 08   Div./Dept. 10
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

J. Mueller   [signature]   Date: 3/31/08
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 4/1/08   Detainee Signature: Timothy Fountain

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 4/1/08

Detainee's Basis For An Appeal: I would like to press charges on officers that repeatedly punched me in my face for no reason at all.

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator: Original response to stand.

Appeal Board's Signatures / Dates: [signature] 4/1/08   [signature] 4/1/08

Date Detainee Rec.'d the Appl. Bd. Response: 4/3/08   Detainee Signature: Timothy Fountain

GRIEVANCE CODE(S): ( ___ ) ( ___ ) ( ___ ) ( ___ )

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)