IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHN

TIMOTHY FOUNTAIN,

v.

LIEUTENANT PAGE ET AL,

CASE # 08C2107

FILED
7-29-2008
JUL 29 2008
TB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I TIMOTHY FOUNTAIN IS THE PLAINTIFF, THE COMPLAINT WAS FILED ON 4-14-2008 THE COURTS ON 5-12-08 SENT A DOCKET ENTRY TEXT ALONG WITH A STATEMENT OF INSTRUCTION DISMISSING TOM DART AS A DEFENDANT, BUT HOLDING EVERY ON ELSE RESPONSIBLE TO RESPONDING TO THE COMPLAINT MY QUESTION OF CONCERN IS THIS, MORE THAN 20 DAYS HAVE ELAPSED, MORE TO SAY 2½ MONTHS HAVE PASSED AND, HAVEN'T NO ONE STEP UP TO BE COUNSEL FOR THE REMAINING PARTIES, HOW CAN I FIND OUT WHOM THEIR COUNSEL ARE, AND CAN I STILL SUBMIT A DECLARATION FOR ENTRY OF DEFAULT TO THE COURTS WITH OUT KNOWING WHOM THEIR COUNSEL MAY BE.

Timothy Fountain
P.O. Box 089002
Chicago IL 60608