# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY FOUNTAIN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 02107 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | John W. Darrah |
| TOM DART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME the Defendants, Lieutenant Page, Sergeant Helms, Officer Key Hoe, Officer Malloy and Officer Mueller, through their attorney Richard A. Devine, through his assistant, Jamie M. Sheehan, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. That Plaintiff filed the complaint on May 14, 2008. Defendants were served with the complaint on July 10, 2008, giving them until July 30, 2008 to respond.

2. That the Cook County State's Attorney's Office has yet to receive a copy of the complaint and did not receive notice of service until August 11, 2008.

3. That FRCP 6(b)(1) gives the court discretion to extend time after the deadline has expired in cases of excusable neglect.

4. That the Cook County State's Attorney's Office did not receive notice until after the deadline to file an answer had passed, thus establishing excusable neglect.

5. That undersigned has ordered all records that may be related to Plaintiff's federal claims and these documents are not likely to be received by undersigned counsel for at least 30 days.

WHEREFORE, the Defendants request that this Honorable Court grant the following relief:

1. That this Honorable Court grant an enlargement of time of 45 days to September 30, 2008.

2. And to grant any other relief it deems necessary and just.

                        RICHARD A. DEVINE
                        State's Attorney of Cook County

By:   S:/Jamie M. Sheehan
       Jamie M. Sheehan #6257647
       Assistant State's Attorney
       Torts/Civil Rights Litigation Section
       500 Richard J. Daley Center
       Chicago, Illinois 60602
       (312) 603-6772