## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY FOUNTAIN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 02107 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | John W. Darrah |
| TOM DART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   Timothy Fountain
       #2006-0066190
       Cook County Department of Corrections
       P.O. Box 089002
       Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on August 20, 2008 at 9:00a.m. I shall appear before the Honorable John W. Darrah in the courtroom usually occupied by him in Room 1203 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion for Enlargement of Time.

RICHARD A. DEVINE
State's Attorney of Cook County

By:___S/ Jamie M. Sheehan_____
       Assistant State's Attorney
       500 Richard J. Daley Center
       Chicago, Il 60602
       ARDC# 6257647
       (312) 603-6772

CERTIFICATE OF SERVICE

      I, Jamie M. Sheehan, Assistant State's Attorney, hereby certify that the attached was served upon above-named individual on August 12, 2008, at or before 5:00 p.m. by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                            /s/Jamie M. Sheehan