## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv2107 | **DATE** | August 13, 2008 |
| **CASE TITLE** |  | Fountain v. Dart | |

**DOCKET ENTRY TEXT:**

Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead [19] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|